**STATE of Missouri, Respondent,**

v.

**Dwaine A. TOOMBS, Appellant.**

**No. WD 41412.**

Missouri Court of Appeals,
Western District.

Nov. 7, 1989.

Brian J. Gepford, Kansas City, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from conviction of second degree murder, § 565.021, RSMo 1986, and armed criminal action § 571.015, RSMo 1986, and concurrent sentence of 25 years imprisonment.

Judgment Affirmed. Rule 30.25(b).